

**United States District Court**
**Eastern District of California**

FILED
SEP 12 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

Leticia DeAnda

Plaintiff(s)

V.

New Era Real Estate Solutions LLC

Defendant(s)

Case Number: 1:25-cv-01087-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Melissa S. Weiner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Leticia Deanda, individually and on behalf of all others similarly situated

On 10/26/2007 (date), I was admitted to practice and presently in good standing in the Minnesota State Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/11/2025           Signature of Applicant: /s/ Melissa S. Weiner

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Melissa S. Weiner |
| Law Firm Name: | Pearson Warshaw, LLC |
| Address: | 328 Barry Avenue S. |
| | Suite 200 |
| City: | Wayzata       State: MN       Zip: 55391 |
| Phone Number w/Area Code: | (612) 389-0600 |
| City and State of Residence: | Greenwood, Minnesota |
| Primary E-mail Address: | mweiner@pwfirm.com |
| Secondary E-mail Address: | croth@pwfirm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Benjamin Heikali |
| Law Firm Name: | Treehouse Law, LLP |
| Address: | 3130 Wilshire Blvd. |
| | Suite 555 |
| City: | Santa Monica       State: CA       Zip: 90403 |
| Phone Number w/Area Code: | (310) 751-5928       Bar # 307466 |

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/12/25

_____
JUDGE, U.S. DISTRICT COURT

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

MELISSA SUSAN WEINER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 2007

Given under my hand and seal of this court on

August 15, 2025

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration