1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA DEANDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ERA REAL ESTATE SOLUTIONS LLC,<br><br>Defendant. | CASE NO. 1:25-cv-01087-KES-EPG<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Doc. 21 |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

The Court, having considered the Stipulation by the Parties, Doc. 21, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff shall have until January 26, 2026 to file her Opposition to the Motion or file an Amended Complaint. If Plaintiff files an Opposition to Defendant's Motion to Dismiss, Defendant shall have until February 17, 2026 to file its Reply in support of the Motion. If Plaintiff files an Amended Complaint, Defendant shall have until February 17, 2026 to file its renewed Motion to Dismiss, Plaintiff shall have until March 19, 2026 to file its Opposition to the renewed Motion to Dismiss, and Defendant shall have until April 9, 2026 to file its Reply in support of its renewed Motion to Dismiss.

IT IS SO ORDERED.

Dated:   December 19, 2025

_____
UNITED STATES DISTRICT JUDGE